Brendan Cummings (CA Bar No. 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Phone:  (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Andrea A. Treece (CA Bar No. 237639)
Miyoko Sakashita (CA Bar No. 239639)
CENTER FOR BIOLOGICAL DIVERSITY
San Francisco Bay Area Office
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone:  (415) 436-9682
Facsimile: (415) 436-9683
Email: atreece@biologicaldiversity.org; miyoko@biologicaldiversity.org

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
111 Sutter St., 20th floor
San Francisco, CA 94104
Phone:  (614) 840-0891
Facsimile (415) 875-6161
Email:  awetzler@nrdc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and PACIFIC ENVIRONMENT, non-profit corporations,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No.:<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    1

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
2 | the named parties, there is no such interest to report.

3 | DATE: December 19, 2007            Respectfully Submitted,

*[signature]*

Andrea A. Treece (CA Bar No. 237639)
CENTER FOR BIOLOGICAL DIVERSITY

Attorney for Plaintiffs

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                              2