1  Brendan Cummings (CA Bar No. 193952)
   CENTER FOR BIOLOGICAL DIVERSITY
2  P.O. Box 549
   Joshua Tree, CA 92252
3  Phone:   (760) 366-2232
4  Facsimile: (760) 366-2669
   Email: bcummings@biologicaldiversity.org
5
   Andrea A. Treece (CA Bar No. 237639)
6  Miyoko Sakashita (CA Bar No. 239639)
   CENTER FOR BIOLOGICAL DIVERSITY
7  San Francisco Bay Area Office
   1095 Market Street, Suite 511
8  San Francisco, CA 94103
   Phone:   (415) 436-9682
9  Facsimile: (415) 436-9683
   Email: atreece@biologicaldiversity.org
10          miyoko@biologicaldiversity.org

11 Andrew E. Wetzler (CA Bar No. 202299)
   NATURAL RESOURCES DEFENSE COUNCIL
12 111 Sutter St., 20th floor
13 San Francisco, CA 94104
   Phone: (614) 840-0891
14 Facsimile: (415) 875-6161
   Email: awetzler@nrdc.org
15

16 Attorneys for Plaintiffs

17
18 **UNITED STATES DISTRICT COURT FOR THE**

19 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20 CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE 21 COUNCIL, and PACIFIC ENVIRONMENT, non-profit corporations, 22 Plaintiffs, 23 v. 24 DIRK KEMPTHORNE, Secretary of the Interior, 25 and U.S. FISH AND WILDLIFE SERVICE, 26 Defendants. | Case No.:  C-07-6406 (MHP) **CERTIFICATE OF SERVICE** |

27
28

CERTIFICATE OF SERVICE                                                    C-07-6406 MHP

1

1 | I hereby certify that, on December 19, 2007, I caused the following documents:

2 | 1. COMPLAINT

3 | 2. SUMMONS

4 | 3. CERTIFICATE REQUIRED BY L.R. 3-16

5 | 4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR

6 | DEADLINES

7 | 5. ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT

8 | 6. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF

9 | CALIFORNIA

10 | 7. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE

11 | 8. NOTICE OF LAWSUIT AND WAIVER OF SERVICE OF SUMMONS

12 | 9. ELECTRONIC CASE FILING REGISTRATION INFORMATION

13 | 10. U.S. DISTRICT COURT, SAN FRANCISCO FILING GUIDELINES

15 | to be served pursuant to Federal Rule of Civil Procedure 4 by mailing a true copy of each

16 | document enclosed in a sealed envelope and sent via United States certified mail with return

17 | receipt requested on the following:

| | |
|---|---|
| Dirk Kempthorne | Michael B Mukasey, Attorney General |
| Secretary of the Interior | U.S. Department of Justice |
| 1849 C Street, NW | 950 Pennsylvania Avenue, NW |
| Washington, DC 20240 | Washington, DC 20530 |
| | |
| H. Dale Hall, Director | Scott N. Schools |
| United States Fish and Wildlife Service | United States Attorney |
| 1849 C Street, NW, Room 3256 | 450 Golden Gate Avenue |
| MailStop 3238 MIB | Box 36055 |
| Washington, DC 20240 | San Francisco, CA 94102. |

27 | Attached to this Certificate is a copy of the summons (Ex. A).

28 | /

CERTIFICATE OF SERVICE                                                         C-07-6406 MHP

1  I certify under penalty of perjury that the foregoing is true and correct.

2  Executed on December 19, 2007.

3                                    /s/ Andrea A. Treece
                                    Andrea A. Treece
4                                    Attorney for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, Natural Resources
Defense Council, and Pacific Environment

v.

Dirk Kempthorne, Secretary of the Interior, and
United States Fish and Wildlife Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.07 6406 MHP

TO: (Name and address of defendant)

Dirk Kempthorne
Secretary of the Interior
1849 C Street, NW
Washington, D.C. 20240

Mr. H. Dale Hall, Director
United States Fish and
Wildlife Service
1849 C Street, NW, Room
3256 MailStop 3238 MIB
Washington, DC 20240

Michael B. Mukasey
Attorney General
United States Department
of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Scott N. Schools
United States Attorney
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrea A. Treece
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103

Andrew Wetzler
Natural Resources Defense Council
111 Sutter St., 20th floor
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE  DEC 19 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/19/07 |
| Name of SERVER ANDREA A. TREECE | TITLE STAFF ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): SERVED VIA CERTIFIED MAIL PURSUANT TO FRCP 4

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/19/07
                    Date

Signature of Server

1095 MARKET ST, STE 511
SAN FRANCISCO CA 94103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure