RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
RICKEY D. TURNER, JR., Trial Attorney
CO Bar No. 38353
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0229 (tel)
(202) 305-0275 (fax)

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and PACIFIC ENVIRONMENT, non-profit corporations,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior and U.S. FISH AND WILDLIFE SERVICE, OF COMMERCE, et al.,<br><br>Defendants. | Case No. 3:07-cv-06406-MHP<br><br>**NOTICE OF APPEARANCE** |

The Court and counsel will please take notice that RICKEY DOYLE TURNER JR. of the United States Department of Justice, hereby enters his appearance as counsel for the Defendants in the above-captioned action.

Relevant address, telephone numbers, and contact information for Mr. Turner are as follows:

MAILING ADDRESS
Rickey Doyle Turner Jr.
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station

P.O. Box 7369
Washington, D.C. 20044-7369

OVERNIGHT DELIVERY/STREET ADDRESS
Rickey Doyle Turner Jr.
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3033
Washington, D.C. 20004

TELEPHONE AND FAX NUMBERS
Telephone: (202) 305-0229
Facsimile: (202) 305-0275

ELECTRONIC CORRESPONDENCE:
rickey.turner@usdoj.gov


Respectfully submitted this 17th day of January, 2008.

                        RONALD J. TENPAS, Assistant Attorney General
                        JEAN E. WILLIAMS, Chief
                        LISA L. RUSSELL, Assistant Chief


                        /s/ Rickey Doyle Turner, Jr.
                        _____
                        RICKEY DOYLE TURNER, JR.
                        Trial Attorney
                        CO Bar No. 38353
                        U.S. Department of Justice
                        Environment & Natural Resources Division
                        Wildlife & Marine Resources Section
                        Ben Franklin Station
                        P.O. Box 7369
                        Washington, DC 20044-7369
                        Phone: (202) 305-0229
                        Fax: (202) 305-0275
                        Email: rickey.turner @usdoj.gov

                        Attorneys for Federal Defendants

OF COUNSEL

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed this January 17, 2008, will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

<em>s/ Rickey Turner</em>

Federal Defendants' Notice of Appearance                                                    Case No: 07-CV-06406-MHP