1  RONALD J. TENPAS, Assistant Attorney General
   JEAN E. WILLIAMS, Chief
2  LISA L. RUSSELL, Assistant Chief
   RICKEY D. TURNER, JR., Trial Attorney
3  CO Bar No. 38353
   U.S. Department of Justice
4  Environment and Natural Resources Division
   Wildlife and Marine Resources Section
5  Ben Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
6  (202) 305-0229 (tel)
   (202) 305-0275 (fax)
7
   Attorneys for Federal Defendants
8
9                  UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  _____       )
                                               )
11  CENTER FOR BIOLOGICAL DIVERSITY,           )
    NATURAL RESOURCES DEFENSE COUNCIL,         )   Case No. 3:07-cv-06406-MHP
    and PACIFIC ENVIRONMENT, non-profit        )
12  corporations,                              )
                                               )
13              Plaintiffs,                     )
                                               )   JOINT STIPULATION OF
14                                             )   EXTENSION OF TIME TO
                                               )   ANSWER COMPLAINT
15         v.                                  )
                                               )
16                                             )
    DIRK KEMPTHORNE,  Secretary of the Interior )
17  and U.S. FISH AND WILDLIFE SERVICE,        )
                                               )
18              Defendants.                     )
                                               )
19  _____       )

20

21         Plaintiffs Center for Biological Diversity, et al. ("Plaintiffs") and Defendants United States

22  Fish and Wildlife Service, et al. ("Federal Defendants"), by and through their undersigned counsel,

23  say as follows:

24         WHEREAS, Federal Defendants are allocated 60 days from service of Plaintiffs'

25

26  Complaint in which to file and serve their answer;

27

28  JOINT STIPULATION OF
    EXTENSION OF TIME TO
    ANSWER COMPLAINT

1    WHEREAS, the Complaint was served on the United States Attorney on December

2

3    19, 2007, and therefore Federal Defendants' answer is currently due on February 19, 2008;

     WHEREAS, there have been no previous extensions of time for Federal Defendants

4

5    to file and serve their answer;

6    WHEREAS, the parties are currently engaged in settlement discussions to determine

7

     a date where upon to issue a 12 month finding for the Yellow Billed Loon;

8

9    WHEREAS, Plaintiffs' counsel have consented to an extension of time of thirty (30)

10   days, until Thursday March 20, 2008; and,

11

     THE PARTIES THEREFORE hereby notify the Court that the parties have stipulated

12

13   to a thirty (30) calendar day extension of time, running from February 19, 2008, for the

14   Federal Defendants' response is now due on March 20, 2008.

15   Respectfully submitted this 15th day of February, 2008.

16

17                                         RONALD J. TENPAS, Assistant Attorney General
                                           JEAN E. WILLIAMS, Chief
18                                         LISA L. RUSSELL, Assistant Chief

19

20                                          /s/ Rickey Doyle Turner, Jr.

21                                         RICKEY DOYLE TURNER, JR.
                                           Trial Attorney
22                                         CO Bar No. 38353
23                                         U.S. Department of Justice
                                           Environment & Natural Resources Division
24                                         Wildlife & Marine Resources Section
                                           Ben Franklin Station
25                                         P.O. Box 7369
                                           Washington, DC 20044-7369
26                                         Phone: (202) 305-0229

27

28   JOINT STIPULATION OF
     EXTENSION OF TIME TO
     ANSWER COMPLAINT

1    Fax: (202) 305-0275
     Email: rickey.turner @usdoj.gov
2

3

4
                                                /s/ Andrea A. Treece
5                                               _____

6                                               ANDREA A. TREECE
                                                Counsel for Plaintiffs
7                                               Center for Biological Diversity

8

9    OF COUNSEL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   JOINT STIPULATION OF
     EXTENSION OF TIME TO
     ANSWER COMPLAINT

1

**CERTIFICATE OF SERVICE**

2

3       I hereby certify that on this 15th day of February, 2008, I caused a copy of the foregoing to
be served on the following counsel by means of the Court's electronic filing system:

4

5   Brendan Cummings
bcummings@biologicaldiversity.org

6

7   Andrea A. Treece
atreece@biologicaldiversity.or

8

9   Andrew E. Wetzler
awetzler@nrdc.org

10

11                                                  s/ Rickey Doyle Turner Jr.

12                                                  Rickey Doyle Turner Jr.
                                                    rickey.turner@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   JOINT STIPULATION OF
EXTENSION OF TIME TO
ANSWER COMPLAINT