UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and PACIFIC ENVIRONMENT, non-profit corporations, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior and U.S. FISH AND WILDLIFE SERVICE, <br><br> Defendants. | Case No. 3:07-cv-06406-MHP <br><br> [PROPOSED] ORDER |

For the reasons set forth in Federal Defendants' Joint Stipulation to Extend Time to Answer Complaint, it is hereby ORDERED that Federal Defendants are granted a thirty (30) day extension and shall file their Answer to Plaintiffs' Complaint on March 20, 2008.

_____           _____
Date                                                                    MARILYN H. PATEL
                                                                                  UNITED STATES JUDGE

[PROPOSED] ORDER