UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,
NATURAL RESOURCES DEFENSE COUNCIL,
and PACIFIC ENVIRONMENT, non-profit
corporations,

    Plaintiffs,

v.

DIRK KEMPTHORNE, Secretary of the Interior
and U.S. FISH AND WILDLIFE SERVICE,

    Defendants.

Case No. 3:07-cv-06406-MHP

[PROPOSED] ORDER

For the reasons set forth in Federal Defendants' Joint Stipulation to Extend Time to Answer Complaint, it is hereby ORDERED that Federal Defendants are granted a thirty (30) day extension and shall file their Answer to Plaintiffs' Complaint on March 20, 2008.

_2/20/2008_____
Date

MARILYN
UNITED

IT IS SO ORDERED

Judge Marilyn H. Patel

[PROPOSED] ORDER