# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Center for Biological Diversity,<br><br>               Plaintiff(s),<br><br>   v.<br><br>Kempthorne,<br><br>               Defendant(s). | 07-06406 MHP<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06406 MHP                                                     -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: March 5, 2008

               RICHARD W. WIEKING
               Clerk
               by:   Timothy J. Smagacz

               _____
               ADR Administrative Assistant
               415-522-4205
               Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-06406 MHP                              -2-

PROOF OF SERVICE

Case Name:      Center for Biological Diversity v. Kempthorne

Case Number:    07-06406 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On March 5, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Brendan R. Cummings
>   Center for Biological Diversity
>   P.O. Box 549
>   Joshua Tree, CA 92252
>   bcummings@biologicaldiversity.org
>
>   Miyoko Sakashita
>   Center for Biological Diversity
>   1095 Market Street
>   Suite 511
>   San Francisco, CA 94103
>   miyoko@biologicaldiversity.org
>
>   Andrew E. Wetzler
>   Natural Resources Defense Council, Inc.
>   111 Sutter Street
>   20th Floor
>   San Francisco, CA 94104
>
>   Andrea A. Treece
>   Center for Biological Diversity

1095 Market Street
Suite 511
San Francisco, CA 94103
atreece@biologicaldiversity.org

Rickey Doyle Turner Jr.
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044
rickey.turner@usdoj.gov

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 5, 2008 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz
        */s/ Timothy Smagacz*
        _____
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov