UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, et al.

        CASE NO. 3:07-cv-06406 MHP

    Plaintiff(s),

    v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Dirk Kempthorne, Secretary of the Interior, et al.

    Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 24, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Andrea A. Treece | Plaintiffs | 415-436-9682 x306 | atreece@biologicaldiversity.org |
| Rickey D. Turner, Jr. | Defendants | 202-305-0229 | rickey.turner@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: March 6, 2008

/s/ Andrea A. Treece
Attorney for Plaintiff

Dated: March 6, 2008

/s/ Rickey Doyle Turner, Jr.
Attorney for Defendant

Rev 12.05