1  Brendan Cummings (CA Bar No. 193952)
   CENTER FOR BIOLOGICAL DIVERSITY
2  P.O. Box 549
   Joshua Tree, CA 92252
3  Phone:  (760) 366-2232
4  Facsimile: (760) 366-2669
   Email: bcummings@biologicaldiversity.org
5
   Andrea A. Treece (CA Bar No. 237639)
6  Miyoko Sakashita (CA Bar No. 239639)
   CENTER FOR BIOLOGICAL DIVERSITY
7  San Francisco Bay Area Office
   1095 Market Street, Suite 511
8  San Francisco, CA 94103
   Phone:  (415) 436-9682
9  Facsimile: (415) 436-9683
   Email: atreece@biologicaldiversity.org
10         miyoko@biologicaldiversity.org
11
   Andrew E. Wetzler (CA Bar No. 202299)
12 NATURAL RESOURCES DEFENSE COUNCIL
   111 Sutter St., 20th floor
13 San Francisco, CA 94104
   Phone: (614) 840-0891
14 Facsimile: (415) 875-6161
   Email: awetzler@nrdc.org
15
16 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and PACIFIC ENVIRONMENT, non-profit corporations,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No.: 07-cv-06406 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 6-2 and 7-12, this Stipulation is entered into by and between Plaintiffs, Center for Biological Diversity, Natural Resources Defense Council, and Pacific Environment, and Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and the U.S. Fish and Wildlife Service.

WHEREAS, on December 19, 2007, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701-706, and the Endangered Species Act, 16 U.S.C. §§ 1531-1544;

WHEREAS, the Initial Case Management Conference in this matter is currently set for March 24, 2008, at 4:00 p.m.;

WHEREAS, recent discussions between the Parties as to settlement of this litigation have proven productive;

WHEREAS, no extensions of time have previously been granted to either party;

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. A 30-day continuance of the Initial Case Management Conference is necessary to allow sufficient time for fruitful settlement discussions.

2. The Initial Case Management Conference shall be continued to April 24, 2008, at 4:00 p.m.

DATE: March 12, 2008                           Respectfully Submitted,

/s/ Andrea A. Treece
Andrea A. Treece (CA Bar No. 237639)
CENTER FOR BIOLOGICAL DIVERSITY
San Francisco Bay Area Office
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone:   (415) 436-9682
Facsimile: (415) 436-9683
Email: atreece@biologicaldiversity.org

Attorney for Plaintiffs

/
/
/

Case No. 07-cv-06406
Joint Stipulation and Proposed Order to Continue Initial Case Management Conference            2

1           RONALD J. TENPAS, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief
/s/ Rickey Doyle Turner, Jr.
RICKEY DOYLE TURNER, JR., Trial Attorney
(CO Bar No. 38353)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0229

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE