RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
RICKEY D. TURNER, JR., Trial Attorney
CO Bar No. 38353
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0229 (tel)
(202) 305-0275 (fax)

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and PACIFIC ENVIRONMENT, non-profit corporations,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE,  Secretary of the Interior and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 3:07-cv-06406-MHP<br><br>SECOND JOINT STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT |

Plaintiffs Center for Biological Diversity, et al. ("Plaintiffs") and Defendants United States

Fish and Wildlife Service, et al. ("Federal Defendants"), by and through their undersigned counsel,

say as follows:

WHEREAS, Federal Defendants are allocated 60 days from service of Plaintiffs' Complaint

in which to file and serve their answer;

WHEREAS, the Complaint was served on the United States Attorney on December 19, 2007,

SECOND JOINT STIPULATION
OF EXTENSION OF TIME TO
ANSWER COMPLAINT

1  and therefore Federal Defendants' answer was initially due on February 19, 2008;

2        WHEREAS, there has been one other previous extension of time for Federal Defendants to

3  file and serve their answer on March 20, 2008 because the parties were in engaged in settlement

4

5  discussions;

6        WHEREAS, the parties have tentatively agreed on a date for the 12-month finding yet must

7  receive final authority before settlement talks may conclude;

8        WHEREAS, the parties are now waiting for approval of attorneys fees;

9        WHEREAS, Plaintiffs' counsel have consented to an extension of time of forty-five  (45)

10  days, until Monday May 5, 2008; and,

11

12        THE PARTIES THEREFORE hereby notify the Court that the parties have stipulated to a

13  forty-five (45) calendar day extension of time, running from March 20, 2008, for the Federal

14  Defendants' response is now due on May 5, 2008.

15  Respectfully submitted this 18th day of March, 2008.

16

17                                RONALD J. TENPAS, Assistant Attorney General
                                 JEAN E. WILLIAMS, Chief
18                                LISA L. RUSSELL, Assistant Chief

19

20                                 /s/ Rickey Doyle Turner, Jr.

21                               _____

22                                RICKEY DOYLE TURNER, JR.
                                 Trial Attorney
23                                CO Bar No. 38353
                                 U.S. Department of Justice
24                                Environment & Natural Resources Division
                                 Wildlife & Marine Resources Section
25                                Ben Franklin Station
                                 P.O. Box 7369
26                                Washington, DC 20044-7369
                                 Phone: (202) 305-0229
27

28  SECOND JOINT STIPULATION
    OF EXTENSION OF TIME TO
    ANSWER COMPLAINT

1

2

Fax: (202) 305-0275
Email: rickey.turner @usdoj.gov

3

4

5

/s/ Andrea A. Treece (w/ permission by RDT)
_____

6

ANDREA A. TREECE

7

Counsel for Plaintiffs
Center for Biological Diversity

8

9    OF COUNSEL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND JOINT STIPULATION
OF EXTENSION OF TIME TO
ANSWER COMPLAINT

1

**CERTIFICATE OF SERVICE**

2

3          I hereby certify that on this 18th day of March, 2008, I caused a copy of the foregoing to be
served on the following counsel by means of the Court's electronic filing system:

4

5     Brendan Cummings
bcummings@biologicaldiversity.org

6

7     Andrea A. Treece
atreece@biologicaldiversity.or

8

9     Andrew E. Wetzler
awetzler@nrdc.org

10

11                                              s/ Rickey Doyle Turner Jr.

12                                              _____
                                               Rickey Doyle Turner Jr.
13                                             rickey.turner@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28     SECOND JOINT STIPULATION
OF EXTENSION OF TIME TO
ANSWER COMPLAINT