UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and PACIFIC ENVIRONMENT, non-profit corporations,<br><br>  Plaintiffs,<br><br>  v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior and U.S. FISH AND WILDLIFE SERVICE,<br><br>  Defendants. | Case No. 3:07-cv-06406-MHP<br><br>[PROPOSED] ORDER |

For the reasons set forth in Federal Defendants' Second Joint Stipulation to Extend Time to Answer Complaint, it is hereby ORDERED that Federal Defendants are granted a forty-five (45) day extension and shall file their Answer to Plaintiffs' Complaint on May 5, 2008.

_____     _____
Date                                                        MARILYN H. PATEL
                                                                  UNITED STATES JUDGE

[PROPOSED] ORDER