1

2

3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

CENTER FOR BIOLOGICAL DIVERSITY,
NATURAL RESOURCES DEFENSE COUNCIL,
and PACIFIC ENVIRONMENT, non-profit
corporations,

Case No. 3:07-cv-06406-MHP

7

Plaintiffs,

[PROPOSED] ORDER

8

v.

9

10

DIRK KEMPTHORNE,  Secretary of the Interior
and U.S. FISH AND WILDLIFE SERVICE,

11

Defendants.

12

13

14

15

16

For the reasons set forth in Federal Defendants' Second Joint Stipulation to Extend Time to

Answer Complaint, it is hereby ORDERED that Federal Defendants are granted a forty-five (45) day

extension and shall file their Answer to Plaintiffs' Complaint on May 5, 2008.

17

18

19

20

March 20, 2008

Date

IT IS SO ORDERED

Judge Marilyn H. Patel

21

22

23

24

25

26

27

28

[PROPOSED] ORDER