JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
RICKEY D. TURNER, JR., Trial Attorney
CO Bar No. 38353
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0229 (tel)
(202) 305-0275 (fax)

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and PACIFIC ENVIRONMENT, non-profit corporations,<br><br>Plaintiffs,<br><br>v.<br><br>KEN SALAZAR[1], Secretary of the Interior and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 3:07-cv-06406-MHP |

**JOINT STIPULATION TO MODIFY THE CONSENT DECREE AND EXTEND THE SCHEDULE FOR SUBMISSION OF THE YELLOW BILLED LOON 12-MONTH FINDING WITH [PROPOSED] ORDER**

Plaintiffs, Center for Biological Diversity, et. al. ("CBD"), and Defendants, the U.S. Fish and Wildlife Service and Ken Salazar, Secretary of the Interior (collectively "the Service"), by and through their undersigned counsel, respectfully submit this joint stipulation for the Court's approval.

---

[1] Under Fed. R. Civ. Pro. 25(d), Defendants have substituted Ken Salazar for Dirk Kempthorne as the current Secretary of the Interior.

JOINT STIPULATION TO
MODIFY CONSENT DECREE         -1-                          07-cv-06406-MHP

WHEREAS:

- On April 5, 2004, Plaintiffs submitted a petition to list the yellow-billed loon as "threatened" or "endangered" under the Endangered Species Act ("ESA").

- On June 6, 2007, the Secretary published a 90-day finding under 16 U.S.C. § 1533(b)(3)(A) that the petition presented substantial information that listing may be warranted. 72 Fed. Reg. 31,256 (June 6, 2007).

- Under the ESA, the Service had one year from the date it received the Petition to make a "12-month finding" that listing the yellow-billed loon as threatened or endangered was warranted, warranted but precluded, or not warranted. 16 U.S.C. § 1533(b)(3)(B). The Secretary has not issued a 12-month finding.

- On December 19, 2007, Plaintiffs filed a Complaint for declaratory and injunctive relief, pursuant to the ESA, 16 U.S.C. § 1540(g)(1)(C), and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706.

- On April 11, 2008, the parties settled this matter and agreed that the Service would submit for publication to the Federal Register a 12-month finding on Plaintiffs' petition to list the yellow-billed loon by February 15, 2009. See Doc. No. 19.

- Officials within the new administration are currently reviewing the yellow-billed loon finding and request an additional month to complete their review.

THEREFORE:

The parties have stipulated to an extension of the 12-month finding for the yellow-billed loon from February 15, 2009 to March 16, 2009.

It is so stipulated this 3rd day of February, 2009,

JOINT STIPULATION TO
MODIFY CONSENT DECREE                -2-                        07-cv-06406-MHP

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

**/s/** Rickey D. Turner Jr.
RICKEY D. TURNER JR.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0229
email:  rickey.turner@usdoj.gov

Attorneys for Defendants


 /s/ Andrea A. Treece (w/ permission by RDT)
ANDREA A. TREECE (CA Bar No. 237639)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 306
Facsimile: (415) 436-9683
Email: atreece@biologicaldiversity.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, )
NATURAL RESOURCES DEFENSE COUNCIL, )     Case No. 3:07-cv-06406-MHP
and PACIFIC ENVIRONMENT, non-profit )
corporations, )
)
Plaintiffs, )
)
v. )
)
KEN SALAZAR, Secretary of the Interior )
and U.S. FISH AND WILDLIFE SERVICE, )
)
Defendants. )

### [PROPOSED] ORDER

The Parties have stipulated to modify the consent decree in this matter. The terms and conditions of the Joint Stipulation to Modify the Consent Decree are hereby adopted as an ORDER of this Court. It is ordered that:

1. The Service will submit a 12-month finding for the yellow-billed loon to the Federal Register for publication no later than March 16, 2009.

2. The remaining terms of the April 11, 2008 consent decree shall otherwise remain in full force and effect

Dated: this __4th__ day of __February__, 2009.

_____
United States District

IT IS SO ORDERED
Judge Marilyn H. Patel

JOINT STIPULATION TO
MODIFY CONSENT DECREE           -4-           07-cv-06406-MHP